# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

WILLIAM NOVAK

               V.               CASE No.: 5:05-CV-199(FJS/GJD)

BOARD OF EDUCATION OF THE
FAYETTEVILLE-MANLIUS CENTRAL
SCHOOL DISTRICT; et al.

| | |
|---|---|
| [] | **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| [XX] | **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of DEFENDANTS against PLAINTIFF dismissing Plaintiff's federal and state free speech retaliation claims pursuant to the Memorandum-Decision and Order of the Hon. Frederick J. Scullin, Jr., filed February 29, 2008.

DATED:    February 29, 2008

                                                                     Clerk of Court

LKB:lmp